**Lashala Sherell HARVEY**

v.

**STATE**

**CR-13-1836**

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

**Michael Edward CALHOUN**

v.

**STATE**

**CR-13-1841**

Court of Criminal Appeals of Alabama.

02/06/2015

Reh. denied

**Claude Derrick CAMPBELL**

v.

**STATE**

**CR-13-1847**

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 02/27/2015

Affirmed

**Genaro Perez CASTILLO**

v.

**STATE**

**CR-13-1848**

Court of Criminal Appeals of Alabama.

01/30/2015

Reh. denied 03/06/2015

Affirmed

**Jimmy Junior GRAY**

v.

**STATE**

**CR-13-1852**

Court of Criminal Appeals of Alabama.

3/6/2015

Affirmed